# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Tepa EC, LLC | )  ASBCA No. 60458 |
| | ) |
| Under Contract No. W9126G-08-C-0071 | ) |

APPEARANCES FOR THE APPELLANT:   Isaias "Cy" Alba IV, Esq.
Michelle E. Litteken, Esq.
  PilieroMazza PLLC
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Charles L. Webster III, Esq.
Kendra M. Laffe, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Fort Worth

## OPINION BY ADMINISTRATIVE JUDGE PEACOCK

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $539,682.50. This amount is inclusive of interest. No further interest shall be paid.

Dated: 11 March 2016

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60458, Appeal of Tepa EC, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2